In the Matter of the Application of J. Morton Poole et al. to Vacate an Assessment.

(Argued September 28, 1875; decided October 5, 1875.)

*John S. Washburn* for the appellant.

*Samuel Hand* for the respondent.

Agree to affirm.   No opinion.
All concur.
Order affirmed.

---

The People of the State of New York, Respondent, *v.* Thomas Coman et al., Appellants.

(Submitted September 27, 1875; decided October 5, 1875.)

*Sidney H. Stuart, Jr.,* for the appellants.

*Benj. K. Phelps* for the respondent.

Agree to dismiss appeal.   No opinion.
All concur.
Appeal dismissed.